# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER AMENDING** |
| | ) | **CONDITIONS OF RELEASE** |
| vs. | ) | |
| | ) | |
| Mikael Omar Gillette, | ) | Case No.: 4:12-cr-175-07 |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS **ORDERED** that defendant's existing conditions of release are amended as follows:

1. The special condition requiring that Defendant submit to drug/alcohol screening at the direction of the Pretrial Services Officer is removed.

The additional conditions of release order remain in effect.

Dated this 3rd day of May, 2013.

                                                          */s/ Charles S. Miller, Jr.*
                                                          Charles S. Miller, Jr., Magistrate Judge
                                                          United States District Court