# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **ORDER APPOINTING COUNSEL** |
| vs. | ) | |
| Sherlet Anetta Love, | ) | |
| | ) | Case No. 4:12-cr-175 |
| Defendant. | ) | |

Defendant Sherlet Annetta Love is charged by second superseding indictment with forty counts relating to a mail fraud, wire fraud, and money laundering conspiracy. In February 2013, defendant was arrested and appeared in the Southern District of Florida where she was ordered detained for transport to the District of North Dakota. Defendant appeared in North Dakota on March 21, 2013, and the court appointed attorney Steve Balaban as counsel. Defendant subsequently retained attorney Kent Morrow.

In October 2013, the court received two letters from Defendant in which she indicated her intent to terminate Mr. Morrow and requested that the court reappoint counsel as she cannot afford to retain another attorney. The court finds that Defendant qualifies for court-appointed counsel and appoints attorney Jeff A. Bredahl to represent Defendant. However, the court notes that Defendant does not have the right to choose court-appointed counsel and advises that the likelihood of the court appointing another attorney if Defendant is personally dissatisfied with counsel is highly unlikely absent extraordinary circumstances. Mr. Morrow is granted leave to withdraw.

**IT IS SO ORDERED.**

Dated this 29th day of October, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court