**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER GRANTING MOTION** |
| Plaintiff, | ) | **FOR OUT OF STATE TRAVEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ricardo Augustus Bryan, | ) | Case No.: 4:12-cr-175-20 |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Ricardo Augustus Bryan is charged with thirty-one counts related to a wire fraud and money laundering conspiracy. On August 30, 2013, he appeared in the Southern District of Florida and was released on conditions pending trial. On October 25, 2013, this court issued an order continuing the release conditions set in Florida. Those conditions include a condition restricting defendant's travel to the Southern District of Florida, the District of North Dakota, and any intermediate districts.

On November 20, 2013, Defendant filed a motion requesting that he be permitted to travel to Atlanta, Georgia from November 28, 2013 through December 1, 2013, to celebrate the Thanksgiving holiday with his family. The Government does not object to the motion. The court **GRANTS** the motion (Docket No. 231) and **ORDERS** Defendant's release conditions modified to permit the travel described above.

Dated this 21st day of November, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court